JAMES WALTER MEYER, Respondent, v. ANGELO J. BARBATO, Appellant.

(Appeal No. 1.) — Order of September 17, 1920, modified by striking from the decretal portion thereof the words " lease on said premises " and the words " including among others, $4,000 invested by plaintiff in said partnership," and as so modified affirmed, without costs to either party. The appeal from the order of October 1, 1920, is dismissed, without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.